UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> D/B SOLUTIONS NORTHWEST LLC, <br><br> Defendant. | CASE NO. 2:23-CV-00346-LK <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The last activity of record in this case occurred on May 9, 2023, when Plaintiffs filed of an affidavit of service. Dkt. No. 6 (process server's affidavit indicating that she served Defendant's registered agent on March 14, 2023).

Plaintiffs have a general duty to prosecute their claims, *see Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.*, 587 F.2d 27, 29 (9th Cir. 1978), and they fail to fulfill this duty when they do not litigate their case, *see, e.g.*, *Spesock v. U.S. Bank, NA*, No. C18-0092-JLR, 2018 WL 5825439, at *3 (W.D. Wash. Nov. 7, 2018). "[T]o prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their

ORDER TO SHOW CAUSE - 1

inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962).

The Court therefore ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute within 21 days of this Order. Failure to respond will result in dismissal without prejudice.

Dated this 25th day of August, 2023.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2